UNITED STATES

v.

ALEXIS SERAT, DIT COQUILLARD

1806

JOURNAL ENTRIES

1. Recognizance discharged; motion for costs . . *Journal, infra,* *p. 25

PAPERS IN FILE

[None]